**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>  v.<br><br>LIANCHUN CHEN,<br>                  Defendant. | Case No. **22cr0052-CAB**<br><br>**SUPERSEDING**<br>**I N F O R M A T I O N**<br><br>Title 18, U.S.C.,<br>Secs. 1030(a)(2)(C) –<br>Unlawful Computer Access |

The United States Attorney charges:

Count One

From as early as November 1, 2013, through on or about June 30, 2018, within the Southern District of California and elsewhere the defendant, LIANCHUN CHEN, intentionally exceeded authorized access to a computer, and thereby obtained information from a protected computer, in violation of 18 U.S.C. § 1030(a)(2)(C).

DATED: 05/11/2022.

                                      RANDY S. GROSSMAN
                                      United States Attorney

                                      ALEXANDRA F. FOSTER
                                      Assistant U.S. Attorney

AFF:5/11/2022