EZEKIEL E. CORTEZ (SBN 112808)
Law Office of Ezekiel E. Cortez
550 West C Street, Suite 620
San Diego, CA 92101
T: (619) 237-0309 | F: (619) 237-8052
lawforjustice@gmail.com
Attorney for Defendant *Lianchun Chen*

LAW OFFICE OF EZEKIEL E. CORTEZ
WWW.EZEKIELCORTEZ.COM

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA
## (THE HONORABLE CATHY ANN BENCIVENGO)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 22CR052-CAB |
| Plaintiff, | **ACKNOWLEDGMENT OF NEXT COURT DATE** |
| v. | |
| LIANCHUN CHEN, | |
| Defendants. | |

    I, Lianchun Chen, hereby acknowledge that my next court date is May 27, 2022, at 10:30 a.m., at which time I will appear before this Court for a *Motion Hearing and Trial Setting* in our case, captioned above.

Date: 5/17/2022

Lianchun Chen